**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZHI HU,<br><br>    Plaintiff,<br><br> v.<br><br>THE PARTNERSHIP OR UNINCORPORATED ASSOCIATION ON SCHEDULE "A,"<br><br>    Defendant. | Case No. 1:18-cv-07519<br><br>JURY TRIAL DEMANDED<br><br>Honorable Joan Humphrey Lefkow |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A, WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

  Plaintiff Zhi Hu, by its counsel, moves this Honorable Court to enter Default and Default Judgment against the defendant identified in Schedule A. In support of this Motion, Plaintiff submits the accompanying Memorandum.

DATED January 17, 2019      Respectfully submitted,

                */s/ Ge (Linda) Lei*
                Ge (Linda) Lei
                203 N. LaSalle St., Suite 2100
                Chicago, IL 60601
                Linda.lei@getechlaw.com
                312-888-6633

                *ATTORNEY FOR PLAINTIFF Zhi Hu*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the _19_ day of January 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will send an e-mail to the e-mail addresses identified in the Motion for Alternative Service (Dkt No. 12), the Summons, and any e-mail addresses provided for the Defendant by third parties.

                               */s/ Ge (Linda) Lei*  _____
                               Ge (Linda) Lei
                               203 N. LaSalle St., Suite 2100
                               Chicago, IL 60601
                               Linda.lei@getechlaw.com
                               312-888-6633

                               *ATTORNEY FOR PLAINTIFF Zhi Hu*